UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Sybil Louise German          **Case/AP Number** 12-16750 **-FJB**
                                        **Chapter** 13

#50 Motion filed by Creditor Selene Finance LP to Withdraw (RE: [49] Motion filed by Creditor Selene Finance LP for Relief from Stay Re: 30 Crest Avenue, Plymouth, MA 02360)

**COURT ACTION:**

_____Hearing held

_____Granted     _____Approved     _____Moot

_____Denied      _____Denied without prejudice    _____Withdrawn in open court

_____Overruled   _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted:  the Motion for Relief from Stay [#49] is deemed withdrawn.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____ Dated: 01/07/2014
Frank J. Bailey
United States Bankruptcy Judge